PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed March 23, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 09-71838 WJL

**RICHARD LUJAN MIRANDA and**              Chapter 13
**BRENDA MARIE MIRANDA,**
              Debtors.                    ORDER MODIFYING CHAPTER 13 PLAN
_____/

The above named debtors having served a Motion to Modify Chapter 13 Plan on February 7, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing March 2012, debtors will pay $150.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtors shall surrender the 2006 Southwind Fleetwood RV to Travis Credit Union formally Metro 1.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'